UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:12-cv-00844-LMA-DEK

MYSHETTIA REID,
an individual,

    Plaintiff,

vs.

TEA FAST FOOD INVESTORS, LLC,
a Delaware limited liability company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MYSHETTIA REID and by and through her undersigned counsel, and in recognition of the settlement agreement reached in this matter hereby voluntarily dismisses, with prejudice, this case and all claims she has brought herein against Defendant. Each party shall bear their own attorneys' fees and costs. This notice shall serve as a complete dismissal and termination of this lawsuit.

DATED this 20 day of August, 2012.

_____
Andrew David Bizer, Esq.
Andrew@bizerlaw.com
Louisiana Bar No. 30396
Bizer Law Firm, LLC
757 St. Charles Avenue
Suite 304
New Orleans, LA 70130
Tel: 504-619-9999
Fax: 504-592-3300
*Attorney for Plaintiff*

8